UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THERESA MARCIANTI,<br><br>　　　　Defendant. | 2:11-cr-00452-PMP-CWH<br><br>ORDER |

　　　　IT IS ORDERED that Plaintiff United States of America's Second Motion to Introduce Business Records and Certified Public Records (Doc. #97) is hereby GRANTED.

　　　　IT IS FURTHER ORDERED that Plaintiff United States of America's Third Motion to Introduce Business Records (Doc. #112) is hereby GRANTED.

DATED: September 12, 2013

_____
PHILIP M. PRO
United States District Judge